**Opinion issued December 15, 2020**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-20-00791-CV

———————————

## IN RE PARKWAY EXPRESS, LLC AND GULSHAN R. JALLAN, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Parkway Express, LLC and Gulshan R. Jallan, have filed a motion for voluntary dismissal of their petition for writ of mandamus.[1] We grant the motion and dismiss this original proceeding.

---

[1]   The underlying case is *PNA Investments, LLC v. Parkway Express, LLC, Anil Rameshchandra Vyas, Vikas Jain, Gulshan R. Jallan and Gurbax Singh*, cause number CV-0083953, pending in the County Court at Law No. 1 of Galveston County, Texas, the Honorable John Grady presiding.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Adams.